# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2023-2969
_____

PAMELA BIMBERG,

Appellant,

v.

DANNY PASSMORE, Individually
and as Personal Representative
and ESTATE OF CLYDE RAY
LOCKE,

Appellees.

_____

On appeal from the Circuit Court for Jackson County.
Ana M. Garcia, Judge.

October 24, 2024

PER CURIAM.

DISMISSED.

ROWE, RAY, and M.K. THOMAS, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Michael Ferderigos, Windermere, for Appellant.

John Y. Roberts, Marianna; H. Matthew Fuqua of Fuqua & Milton, P.A., Marianna, for Appellees.